**MAYER•BROWN**

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

August 12, 2016

**Evan M. Tager**
Direct Tel +1 202 263 3240
Direct Fax +1 202 263 5240
etager@mayerbrown.com

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *American Trucking Ass'ns, Inc. v. N.Y. State Thruway Auth.*, No. 1:13-cv-08123-CM

Dear Judge McMahon:

      In response to your August 12, 2016 letter, plaintiffs did not file anything apprising the Court of the Legislature's relocation of the Canal System from the Thruway Authority to the Power Authority. To our knowledge, the Canal System has not yet been relocated from the New York State Thruway Authority to the New York State Power Authority. Rather, the New York State budget for fiscal year 2017 provides for that relocation effective January 1, 2017. Moreover, counsel for plaintiffs were not aware until reading the article referred to by the Court that the Power Authority has been funding the Canal System as of April 1, 2016.

      Sincerely,

      /s/ Evan M. Tager

      Evan M. Tager

Mayer Brown LLP operates in combination with other Mayer Brown entities (the "Mayer Brown Practices"), which have offices in North America, Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.